1 | ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

2

3 | MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

4 | GALEN A. PHILLIPS (CABN 307644)
Assistant United States Attorney

5

6 |     450 Golden Gate Ave., Box 36055
    San Francisco, California 94102

7 |     Telephone: 415.436.7110
    Fax: 415.436.7234

8 |     Email: galen.phillips@usdoj.gov

9 | Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CV 23-4400 TSH |
|---|---|
|     Plaintiff, | ) NOTICE OF APPEARANCE OF<br>) AUSA GALEN A. PHILLIPS |
|     v. | ) |
| APPROXIMATELY 1,360,000.748 TETHER<br>AND $3,859,703.65 IN U.S. CURRENCY, | ) |
|     Defendants. | ) |

    PLEASE TAKE NOTICE THAT effective immediately, Assistant United States Attorney Galen A. Phillips will be entering an appearance on behalf of the United States in the above-captioned case. AUSA Galen A. Phillips's information is as follows:

    Galen A. Phillips
    Assistant United States Attorney
    450 Golden Gate Avenue, 9th Floor
    San Francisco, CA 94102
    Telephone: (415) 436-7110
    Facsimile: (415) 436-7234
    Email: galen.phillips@usdoj.gov

Notice of Appearance
CV 23-4400 TSH

| | | |
|---|---|---|
| 1 | DATED: November 30, 2023 | Respectfully submitted, |
| 2 | | |
| 3 | | ISMAIL J. RAMSEY<br>United States Attorney |
| 4 | | _____/S/_____ |
| 5 | | GALEN A. PHILLIPS<br>Assistant United States Attorney |