ISMAIL J. RAMSEY (CABN 189820)
United States Attorney

MARTHA BOERSCH (CABN 126569)
Chief, Criminal Division

GALEN A. PHILLIPS (CABN 307644)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7110
    FAX: (415) 436-7234
    Galen.Phillips@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV 23-4400 TSH |
| Plaintiff, | ~~[PROPOSED]~~ DEFAULT JUDGMENT AS TO APPROXIMATELY 1,360,000.748 TETHER AND $3,859,703.65 IN U.S. CURRENCY |
| v. | |
| APPROXIMATELY 1,360,000.748 TETHER AND $3,859,703.65 IN U.S. CURRENCY, | |
| Defendant. | |

UPON CONSIDERATION of the unopposed motion of the United States for a default judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure and Admiralty Local Rules 6-1 and 6-2, the entire record, and for good cause shown, it is by the Court on this  7th   day of  February    , 2024,

ORDERED, ADJUDGED AND DECREED that a default judgment be, and hereby is, entered against defendant approximately 1,360,000.748 Tether and $3,859,703.65 in U.S. currency; and it is FURTHER ORDERED that the appropriate federal agency shall dispose of the defendant property in accordance with the law.

Dated:  February 7, 2024

                                                    HON. THOMAS S. HIXSON
                                                   United States Magistrate Judge