1

2

3                           UNITED STATES DISTRICT COURT

4                         NORTHERN DISTRICT OF CALIFORNIA

5

6     UNITED STATES OF AMERICA,                Case No.  23-cv-04400-TSH

7              Plaintiff,

8         v.                                   **ORDER GRANTING MOTION TO
                                               VACATE DEFAULT JUDGMENT**
9     APPROXIMATELY 1,360,000.748
      TETHER AND $3,859,703.65 IN U.S.
10    CURRENCY,

11             Defendant.

12

13         Pending before the Court is Claimant Estate of Rececca Hong Chen's unopposed motion to

14    vacate the Court's February 7, 2024 default judgment pursuant to Federal Rules of Civil Procedure

15    55 and 60.  Good cause appearing, the Court **GRANTS** Claimant's motion and **VACATES** the

16    default judgment.  The Clerk of Court shall reopen the file.  Movant shall file a claim by

17    December 31, 2024.

18         The Court shall conduct a case management conference on February 27, 2025 at 10:00

19    a.m. by Zoom video conference.  The webinar link and instructions are located at

20    https://cand.uscourts.gov/judges/hixson-thomas-s-tsh/.  This conference shall be attended by lead

21    trial counsel.  By February 20, 2025, the parties shall file a joint case management statement

22    containing the information in the Standing Order for All Judges in the Northern District of

23    California, available at the link above.  The Joint Case Management Statement form may be

24    obtained at: http://cand.uscourts.gov/civilforms.

25         **IT IS SO ORDERED.**

26    Dated: December 17, 2024

27                                             _____
                                               THOMAS S. HIXSON
28                                             United States Magistrate Judge

United States District Court
Northern District of California